IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NILESH ENTERPRISES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 5:08-CV-661 XR |
| | § | |
| LAWYER'S TITLE INSURANCE | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION FOR JUDICIAL NOTICE

Defendant Lawyers Title Insurance Corporation ("Lawyers Title") moves, pursuant to Federal Rule of Civil Procedure 201, the Court to take judicial notice of the following pleadings, motions, responses, and orders filed or entered in Cause No. 2007-CI-15677, styled *EOS Acquisitions II, LLC v. B Rock, Inc. d/b/a Boobie Rock VI, et al.* formerly pending in the 150th Judicial District Court of Bexar County, Texas (the "EOS Lawsuit"). The documents are attached hereto as exhibits as set forth below.

**A.**    **Pleadings.**

Exhibit 1    Plaintiff's Third Amended Original Petition, Application for Temporary Restraining Order, Temporary and Permanent Injunction, and Request for Declaratory Judgment

Exhibit 2    Third Amended Answer and Counterclaim of B Rock, Inc., Defendant

Exhibit 3    Defendant, Nilesh Enterprises, Inc.'s Third Amended Answer

Exhibit 4    First Amended Answer of B Rock, Inc. to Nilesh Enterprises, Inc.'s Cross-Claim

**B.**  **Temporary Injunction Proceedings.**

Exhibit 5        Plaintiff's Brief in Support of Application for Temporary Injunction

Exhibit 6        Defendant, Nilesh Enterprises, Inc.'s Brief Regarding Temporary Injunction Issues

Exhibit 7        Order Granting Temporary Injunction

**C.**  **Motions, Responses, and Replies.**

Exhibit 8        Plaintiff's Motion for Partial Summary Judgment

Exhibit 9        Defendant, B Rock, Inc.'s Partial Motion for Summary Judgment

Exhibit 10       Defendant, Nilesh Enterprises, Inc.'s Motion for Summary Judgment

Exhibit 11       Plaintiff's Response to Nilesh Enterprises, Inc.'s Motion for Summary Judgment

Exhibit 12       Plaintiff's Response to Defendant, B Rock, Inc.'s, Motion for Partial Summary Judgment

Exhibit 13       Defendant's Objections in Response to Plaintiff's Motion for Partial Summary Judgment

Exhibit 14       Defendant, Nilesh Enterprises, Inc.'s Response and Objections to Plaintiff's Motion for Partial Summary Judgment

Exhibit 15       Defendant's Reply to Plaintiff's Response to Defendant's Motion for Partial Summary Judgment

Exhibit 16       Plaintiff's Reply to Defendant, Nilesh Enterprises, Inc.'s Response and Objections to Plaintiff's Motion for Partial Summary Judgment

Exhibit 17       Plaintiff's Sur-Reply to Nilesh Enterprises, Inc.'s Motion for Summary Judgment

Exhibit 18       Plaintiff's Reply to Defendant, Boobie Rock's Response and Objections to Plaintiff's Motion for Partial Summary Judgment

Exhibit 19       Reply to Plaintiff's Response to Defendant Nilesh Enterprises, Inc.'s Motion for Summary Judgment

Exhibit 20       Defendant, Nilesh Enterprises, Inc.'s Supplemental Response and Objections to Plaintiff's Motion for Partial Summary Judgment

Exhibit 21    Plaintiff's Second Motion for Partial Summary Judgment

Exhibit 22    Plaintiff's Brief in Support of Entry of Order on Plaintiff's Motion for Partial Summary Judgment

Exhibit 23    Defendant, Nilesh Enterprises, Inc.'s Response and Objections to Plaintiff's Second Motion for Partial Summary Judgment

Exhibit 24    Defendant's Objections and Response to Plaintiff's Second Motion for Partial Summary Judgment

Exhibit 25    Plaintiff's Reply and Objection to Boobie Rock's Response to EOS' Second Motion for Partial Summary Judgment

Exhibit 26    Plaintiff's Objections to Defendant, Nilesh Enterprises, Inc.'s Evidence in Support of its Supplemental Response and Objections to Plaintiff's Motion for Partial Summary Judgment

**D.**    **Final Judgment.**

Exhibit 27    Final Judgment

## RELIEF REQUESTED

Lawyers Title respectfully requests that the Court will take judicial notice of the foregoing documents filed in the EOS Lawsuit.

Respectfully submitted,


By:   /s/ Amanda Sotak
         Mark T. Davenport
         Attorney-In-Charge
         State Bar No. 05418000
         Don Colleluori
         State Bar No. 04581950
         Amanda D. Sotak
         State Bar No. 24037530

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas  75202
(214) 939-2000 – telephone
(214) 939-2090 – facsimile

ATTORNEYS FOR DEFENDANT
LAWYERS TITLE INSURANCE
CORPORATION


## CERTIFICATE OF SERVICE

       I hereby certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all others will be notified via certified mail, return receipt requested, on this the 18th day of September, 2009.


  /s/ Amanda Sotak
Amanda Sotak